August 16, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

CROSSLAND ACQUISITION, INC., Appellant

NO. 14-15-00463-CV                    V.

HNTB CORPORATION, Appellee

_____

This cause, an appeal from the May 1, 2015 final judgment in favor of appellee HNTB Corporation, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Crossland Acquisition, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.